IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

BRENT R. BARBER,               )
               )
     Plaintiff,         )
               )
     v.               )       CIVIL ACT. NO. 1:19-cv-981-ECM
               )             (WO)
HOUSTON COUNTY, *et al.*,   )
               )
     Defendants.     )

**MEMORANDUM OPINION and ORDER**

On February 10, 2020, the Magistrate Judge entered a Recommendation (doc. 9) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to comply with the orders of the Court and his failure to prosecute this action.

A separate Final Judgment will be entered.

Done this 11th day of March, 2020.

               /s/ Emily C. Marks
               EMILY C. MARKS
               CHIEF UNITED STATES DISTRICT JUDGE